## Violet C. Hall, Appellant and Cross-Appellee, v. Belton E. Hall, Appellee and Cross-Appellant.

**Gen. No. 48,348.**

First District, First Division.

June 13, 1961.

Defrees, Fiske, O'Brien, Thomas & Simmons, of Chicago (Thomas J. Johnson, Jr., Edward J. Griffin and Robert M. Horwitch, of counsel) for appellant; Hinshaw, Culbertson, Moelmann & Hoban, of Chicago (James G. Culbertson, David L. Fargo and Harrison L. Richardson, Jr., of counsel) for appellee. Opinion by JUSTICE MURPHY. **Not to be published in full.**